IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VANESSA KERBER<br><br>Plaintiff,<br><br>vs.<br><br>MANDARICH LAW GROUP, LLP, ABC LEGAL SERVICES, LLC and STEVE SERAFIN<br><br>Defendants. | Case No. 24-cv-2534 |

## SECOND AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, Mandarich Law Group, LLP, ABC Legal Services, LLC and Steve Serafin, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b) hereby move for an extension of time to answer or otherwise plead up to and including June 10, 2024 and in support of which state as follows:

1. On March 28, 2024, Plaintiff filed this action against Defendants, Mandarich Law Group, LLP ("MLG"), ABC Legal Services, LLC ("ABC") and Steve Sarafin ("SARAFIN"), for purported violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* as well as an additional state law claim against ABC and Sarafin for purported violations Pons of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS §505/1.

2. Defendants were served on April 5, 2024, making their answers due on April 26, 2024.

3. Defendants were granted an extension of time to answer or otherwise plead up to and including May 25th , which is a Saturday and as such, Defendants responsive pleading is due May 27th.

4. The Court has scheduled an initial status hearing for June 6th. However, the undersigned respectfully that she believes settlement talks will be fruitful and thus, resolve the matter.

5. The Parties have been actively discussing a settlement which would resolve the litigation in its entirety. However, they anticipate more time will be necessary to effectuate any settlement.

6. Federal Rule of Civil Procedure 6 (b) provides:

   b. Extending Time.

   (1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:

   (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

   (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

7. Good cause exists in this case as Defendants required additional time to retain counsel and investigate the merits of Plaintiff's claims.

8. As such, Defendants request a final extension of up to and including June 10th,

9. Moreover, Plaintiff consents to the requested extension.

**WHEREFORE**, Defendants hereby request that this Honorable Court extend the time for Defendants to answer or otherwise plead to up to and including June 10, 2024 and for any other relief this Court deems just.

Respectfully submitted,

*/s/ Nicole M. Strickler*
Nicole M. Strickler (IL 6298459)
Messer Strickler Burnette, Ltd.
142 W. Station St.
Barrington, Il 60010
nstrickler@messerstrickler.com
Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2024, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will automatically send notification of such filing to the following via email:

Robert J Tomei , Jr.
Johnston Tomei Lenczycki & Goldberg, LLC
350 N Milwaukee Ave., Suite 202
Libertyville, IL 60048
(847) 549-0600
Rob@LawJTLG.com

*/s/ Nicole M. Strickler*
Nicole M. Strickler (IL 6298459)
Messer Strickler Burnette, Ltd.
142 W. Station St.
Barrington, Il 60010
nstrickler@messerstrickler.com
Counsel for Defendants