UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VANESSA KERBER**<br>    **Plaintiff,**<br><br>v.<br><br>**MANDARICH LAW GROUP, LLP, ABC LEGAL SERVICES, LLC, and STEVE SERAFIN**<br>    **Defendant.** | Case No. 24-cv-2534 |

## NOTICE OF SETTLEMENT

The Plaintiff hereby respectfully apprises this Honorable Court that the Parties have settled the above-captioned matter. As of today's date, the Settlement Agreement has been finalized and approved by All Parties and is being executed presently. The Parties anticipate completing the settlement within the next fourteen (14) to twenty-one (21) days upon which the Parties shall file a Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. Pro 41(a)(1)(ii).

By:    /s/ *Robert J. Tomei Jr.*
One of Plaintiff's Attorneys

Robert J. Tomei Jr.
IL Bar #.: 6310339
JOHNSTON TOMEI
LENCZYCKI & GOLDBERG, LLC
350 N Milwaukee Ave. Ste. 202
Libertyville, IL 60048
Ph: (847) 549-0600
Fx: (847) 589-2263
Rob@LawJTLG.com

## **CERTIFICATE OF SERVICE**

      I, Robert J. Tomei Jr., an attorney, hereby certify that on June 24, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

      Respectfully Submitted,
By: /s/ *Robert J. Tomei Jr.*
One of the Attorneys for Plaintiff